IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 04–N–1656 (PAC)

RALYNN LARUE ATWA,
formerly known as RaLynn Larue Cooper,
an individual,

      Plaintiff,

v.

BRIAN ALLEN,
AVALON CORRECTIONAL SERVICES, INC.,
an Oklahoma corporation, and
SOUTHERN CORRECTIONAL SYSTEMS, INC.,

      Defendants.

## ORDER OF DISMISSAL

This matter is before the court on the "Motion to Dismiss Defendant Brian Allen with Prejudice" (Docket No. 59), filed October 25, 2005. The court having read the motion filed herein, and now being fully advised in the premises, it is

**ORDERED** that the motion be GRANTED and that Defendant Brian Allen is dismissed with prejudice.

DATED this 1st day of November, 2005.

                                            BY THE COURT:

                                            /s/ Edward W. Nottingham
                                            EDWARD W. NOTTINGHAM
                                            United States District Judge